UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CINDY NGUYEN, | ) | Case No. 8:21-cv-00085-JWH-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| STEVEN J. SENTEMAN, | ) | JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the April 20, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and **ACCEPTS** the findings, conclusions, and recommendations of the United States Magistrate Judge and **OVERRULES** the Objections. It is hereby **ORDERED** as follows:

1. The Petition is **DENIED** on its merits, this action is **DISMISSED with prejudice**.
2. Judgment shall be entered accordingly.
3. The Clerk is **DIRECTED** to serve copies of this Order and the Judgment herein on counsel for petitioner and respondent.

**IT IS SO ORDERED.**

DATED: May 22, 2023

/s/ J. E. Holcomb

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE