UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY NGUYEN, | Case No. 8:21-cv-00085-JWH-JC |
| Petitioner, | |
| v. | JUDGMENT |
| STEVEN J. SENTEMAN, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: May 22, 2023

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE